CHARLES H. BRADFORD v. SIDNEY S. BALL.

*Collision—Damages—Negligence.*

Damages are recoverable in trespass on the case for injuries resulting from a collision of vehicles caused by defendant's negligence.

Case made from Kent. Submitted April 11. Decided April 16.

TRESPASS ON THE CASE. Plaintiff had judgment below.
38 MICH.—85

*Fallass & Gleason* for plaintiff.

*J. A. Fairfield* for defendant.

PER CURIAM.    Suit was brought by Bradford against Ball to recover damages for an injury caused by a collision of defendant's express wagon with his buggy.

The court found that the injury was caused by defendant's negligence, and gave judgment for damages.

We think the facts—which it is hardly necessary to detail—justified the conclusion.

The judgment is affirmed with costs.